1  ERIK S. SYVERSON (State Bar No. 221933)
   esyverson@millerbarondess.com
2  STEVEN T. GEBELIN (State Bar No. 261507)
   sgebelin@millerbarondess.com
3  SCOTT M. LESOWITZ (State Bar No. 261759)
   slesowitz@millerbarondess.com
4  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:   (310) 552-4400
6  Facsimile:    (310) 552-8400
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LIFE BLISS FOUNDATION, a California Non-Profit Corporation; and NITHYANANDA DHYANAPEETAM TEMPLE & CULTURAL CENTER, a California Non-Profit Corporation, | **CASE NO. 5:13-cv-00393-VAP (SPx)** **HONORABLE VIRGINIA A. PHILLIPS** |

**CASE NO. 5:13-cv-00393-VAP (SPx)**

**HONORABLE VIRGINIA A. PHILLIPS**

[Assigned to the Honorable Virginia A. Phillips, District Judge, and the Honorable Sheri Pym, Magistrate Judge]

                    Plaintiffs,

v.

SUN TV NETWORK LIMITED, an
Indian company; NAKKHEERAN
PUBLICATIONS, an Indian company;
KALANITHI MARAN, an individual;
DHARMARAJA HANSRAJ SAXENA,
an individual; RAMADOS AYYAPPAN,
an individual; V. RAJA, an individual; S.
KANNAN, an individual; R. M. R.
RAMESH, an individual;
RAMANATHAN GOPAL, an individual;
ANNAMALAI KAMARAJ, an
individual; NITHYA DHARMANANDA,
a.k.a. LENIN KARUPPANNAN, an
individual; MOORTHI SHREEDHAR, an
individual; KARUPPANNAN KUMAR,
an individual; GIRIDHAR LAL PRASAN
KUMAR, an individual; AARTHI RAO,
an individual; MANICKAM
NARAYANAN, an individual; and DOES
1 through 10, inclusive,

                    Defendants.

**PLAINTIFFS LIFE BLISS FOUNDATION AND NITHYANANDA DHYANAPEETAM TEMPLE & CULTURAL CENTER'S NOTICE OF MOTION AND MOTION TO COMPEL JURISDICTIONAL DISCOVERY**

[Memorandum of Points and Authorities and Declarations of Scott M. Lesowitz, Sri Nithya Bhaktananda, Sri Nithya Sadhananda, Sri Nithya Pranananda, and Sri Nithya Hamsananda, filed concurrently herewith]

Date:   December 9, 2013
Time:   2:00 p.m.
Ctrm.:  2

Action Filed: March 1, 2013
FAC Filed:  April 5, 2013
Trial Date:      TBD

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Virginia A. Phillips, located at 3470 Twelfth Street, Courtroom 2, Riverside, California 92501, Plaintiffs Life Bliss Foundation and Nithyananda Dhyanapeetam Temple & Cultural Center will, and hereby do, move this Court to order Defendants to provide jurisdictional discovery pursuant to Federal Rule of Civil Procedure 26 and for a 120-day continuance of all matters currently on calendar in order to effectuate such jurisdictional discovery.

Plaintiffs hereby move for Defendants Sun TV Network Limited ("Sun TV"), S. Kannan, Kalanithi Maran, and R.M.R. Ramesh to be compelled to provide the following jurisdictional discovery:

(1) that defendants S. Kannan, Kalanithi Maran, and R.M.R. Ramesh be made available for videotaped depositions;

(2) that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the Sun TV employee most knowledgeable regarding Sun TV's YouTube channels be made available for videotaped deposition for topics regarding these YouTube channels including: (a) California and American viewership; (b) the amount of money generated from these channels; (c) any contractual agreements associated with these channels, including with Google; (d) how content is created and uploaded into these channels; (e) the identity, number, and role of people working in America in connection with these channels; (f) what Sun TV's role is in maintaining these YouTube channels; and (g) whether the Swami "Video" (described in the Memorandum of Points and Authorities) was aired on any of these channels, and if so, when;

(3) that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the Sun TV Network Limited employee most knowledgeable regarding the broadcasting of Sun TV channels in the United States be made available for videotaped deposition,

2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

regarding topics including: (a) how Sun TV Network Limited broadcasts their channels into the United States; the broadcasting of Sun TV stations via Dish Network; (b) how many people in the United States view any such channels; (c) how many people in the United States subscribe to these channels; (d) the identity and job functions of people in the United States working to broadcast these channels; (e) the nature and terms of the contractual or parent/subsidiary relationships between Sun TV and any entity airing content in the United States; (f) how much Sun TV is paid in order to broadcast their channels in the United States; (g) what efforts Sun TV has taken in the past five years to broadcast in the United States; and (h) whether Sun TV stations in the United States broadcasted the Swami Video, and if so, when;

(4) the production of all contracts involving the broadcasting of Sun TV channels or Sun TV programming into the United States, including with Dish Network;

(5) the production of all documents regarding Sun TV, S. Kannan, Kalanithi Maran, or R.M.R. Ramesh having contacts or associations with any co-defendant other than each other;

(6) the production of any documents that indicate that Sun TV owns, operates, or has control over, *Dinakaran* or Kal Publications;

(7) the production of any documents that indicates that managers or board members of Sun TV are also managers or board members of Kal Publications;

(8) the production of records pertaining to any business contacts or any business activity that Sun TV has or has had with California and the United States; and

(9) respond to interrogatories relating to questions regarding jurisdiction and forum non-conveniens.

This motion is based on the attached Memorandum of Points and Authorities, the concurrently filed Declarations of Scott M. Lesowitz, Sri Nithya Bhaktananda, Sri Nithya Sadhananda, Sri Nithya Prananda, and Sri Nithya Hamsananda, and all pleadings and papers on file with the Court in this action.

MOTION TO COMPEL JURISDICTIONAL DISCOVERY          CASE NO. 5:13-CV-00393-JGB (SPX)

1      This motion is made following the conference of counsel pursuant to Local

2  Rule 7-3, which took place on October 21, 2013.  To the extent applicable, counsel

3  met and conferred pursuant to Local Rule 37-1.

4  DATED:  November 5, 2013                    Respectfully submitted,

5                                             MILLER BARONDESS, LLP

6

7                                             /s/  Scott M. Lesowitz
                                              By: Scott M. Lesowitz
8                                             Attorneys for Plaintiffs
                                              Life Bliss Foundation and Nithyananda
9                                             Dhyanapeetam Temple & Cultural
                                              Center
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

4

165096.1