UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE BLISS FOUNDATION, A CALIFORNIA NON-PROFIT CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>SUN TV NETWORK LIMITED, AN INDIAN COMPANY, et al.,<br><br>            Defendants. | Case No. EDCV 13-00393-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith and the Order filed on December 23, 2014 (Doc. No. 173), IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaint as to Defendants Sun TV Network Limited, Kalanithi Maran,

1  S. Kannan, R.M.R. Ramesh, and Manickam Narayanan, is
2  DISMISSED WITH PREJUDICE.  The Court orders that such
3  judgment be entered.

6  Dated:  January 12, 2015

                                    VIRGINIA A. PHILLIPS
                                  United States District Judge