UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| Life Bliss Foundation et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>Sun TV Network Limited et al.,<br><br>              Defendants. | EDCV 13-393-VAP (SPx)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

      On January 8, 2016, the Clerk entered default against Defendant Dharmaraja Hansraj Saxena ("Defendant"). (Doc. No. 208.) On the same date, Life Bliss Foundation and Nithyananda Dhyanapeetam Temple & Cultural Center ("Plaintiffs") filed their Second Motion for Default Judgment against Defendant. (Doc. No. 209.) The Court denied the motion on February 12, 2016. (Doc. No. 211.)

      To date, Plaintiffs have not refiled a Motion for Default Judgment. Accordingly, the Court ORDERS Plaintiffs to show cause, in writing, not later than October 7, 2016, why this action should not be dismissed without prejudice for failure to prosecute. Failure to file a response will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated:   9/21/16

                                                  Virginia A. Phillips
                                                  Chief United States District Judge