# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Life Bliss Foundation et al.,

        Plaintiffs,

v.

Sun TV Network Limited et al.,

        Defendants.

EDCV 13-393-VAP (SPx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Denying Plaintiffs' Motion for Default Judgment (Doc. No. 225), IT IS ORDERED AND ADJUDGED that Plaintiffs' second amended complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/13/17

Virginia A. Phillips
Chief United States District Judge